UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:24-cr-00496-VMC-AEP

JACK WILLIAM ROCKER

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 2252(a)(4)(B), possessing child pornography, are as follows:

| | |
|---|---|
| First: | That the defendant knowingly possessed, one or more matters that contained a visual depiction; |
| Second: | The depiction had been shipped or transported using any means or facility of interstate or foreign commerce, or shipped or transported in or affecting interstate or foreign commerce, or that had been produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, or that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means; |

Third: Producing the visual depiction involved using a minor engaged in sexually explicit conduct;

Fourth: The depiction is of a minor engaged in sexually explicit conduct; and

Fifth: The defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct.

## PENALTY

The penalty for the offense charged in Count One of the Information is a maximum sentence of 20 years' imprisonment, a maximum fine of $250,000, a term of supervised release of at least 5 years to life, and a special assessment of $100.

Under *Apprendi v. New Jersey*, 530 U.S. 466 (2000), a maximum sentence of 20 years may be imposed because the following facts have been admitted by the defendant and are established by this plea of guilty: The defendant knowingly possessed images of child pornography depicting a minor who had not attained 12 years of age.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense(s), and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense(s), or to the community. 18 U.S.C. §§ 3663A(a) and (b) and 2259.

The following are known victims in this case identified by the National Center for Missing and Exploited Children ("NCMEC"):

| 2012 Kelly | 2crazygurls | 3 Sisters KHAB | 3 Sisters Vayla |
|---|---|---|---|
| 5YO MOBILE | Aldina | American Socks1 | Aml |

| Andina | Angela | aprilblonde | Arm Tattoos |
|---|---|---|---|
| At School | Baby Hee | Baby Powder | BabyWithIce |
| BackgroundGingham | BathtubBoots | Beaded TV | BEST NECKLACE |
| BestiesShirt | BettyKiddy | blindfold_lesson | Blondine |
| Blue Checked Blanket | Blue Shirt Girl | Blue Shorts Blue Shirt | BlueWave1 |
| BlueWave4 | BowUnderpants | BoxesStacked | Brauner Rock1 |
| BubbleDiamondSheets | Buratino | Busy Bee | C School1 |
| C School2 | California shirt | Camo Quilt | Cat&Mouse |
| cbaby1 | cbaby2 | cbaby4 | CeruleanJacket1 |
| CheckeredChairSeat1 | CheckeredChairSeat2 | CheckeredDoor | CinderblockBlue |
| Circles stripes & ties | ClimbingFriend | Cloe | ClosedBlueShade |
| Cola | Coloured Duvet Girl2 | Cookie | cooldaddy |
| CrossTattoo | Curly Hair Toddler | Dalmations | Daphne |
| Desirably | DevilHorns | Diamond Fleece | Diamond Tattoo |
| DinoPJs1 | DoorsDouble | Dorisara | DS_Buffering |
| Evelyn11yo | EyebrowsOrange1 | EyebrowsOrange2 | Falko |
| Finger Tattoo | Fish Bedding | FlamesFleece | Floor Baby1 |
| Floor Baby2 | FlowerSheetsBlue | G_dots2 | Gege |
| Gestell | Gluestick | Goddess on Green1 | Golden Scarf Girl1 |
| GrainyCorner | Grey Beard | HashBlue | Hawaiian Purple |
| HCES | HeartOnCheek | HIGHLAND | HitRadio1 |
| Holly1 | HospitalBlondGirl | HuedRed1 | IndigoStripes |
| Inna | Jenny | KG – Inga | KG – Sandra |
| Khay1 | Khay2 | Lada | Laura-UK |
| Laurene | Leaf | LightBlueBlanket | Long Red Nails |
| Lucy | Lukas&Erik | Luto | Magenta Heart |
| Manatee | Marineland1 | Marineland2 | Marineland4 |
| Masha River | mcgirl1 | mcgirl2 | MeganUK1 |
| Melinda | MGMask | mic_dolphin1 | MJ2 |
| MonkeyBedding1 | Mother Father Daughter | Mother Full 20121 | MotorCouch1 |
| MusicFan | MutedYellow | Nanny | NattyDatty |
| New Stuff 2011 | Nikole | OrangeFace1 | OrsoShirt |
| OutlinedDolphin1 | OverheadHangers | PacifierCouch1 | Pae |
| Parket | PastelPillow | Petite Brun | PICHU |
| PinkHeartSisters1 | PinkHeartSisters2 | Polar Lights Polly | Portrait Wall |
| Princesita | PrincessFilm | PurpleCowTee | QASWER |
| Quimua | RanShirt | Rapunzel | RCA |

| | | | |
|---|---|---|---|
| Red Drink Bottle1 | Red Drink Bottle2 | Red Wings | RedGlassesCry |
| RestingRainbow | RGBDiamond | RibbonBracelet | Rimg |
| RimmedPink1 | RubyRedNails | Rus_Siblings | SapphireRing |
| sasyset | SatinDress1 | School Mask | Schulz1 |
| SDSarah | Shoes&Blue | ShowerTowels | Skylight Room |
| SmileShirt | Sonya Mart | SoyShirt | SparklingVelvet |
| Staffordshire Terrier | stripes&overalls | Strunk 1 | Strunk 2 |
| Sucky | Super Hero Boy1 | Super Hero Boy2 | SuperM |
| Superstar | Sveta | Sweet White Sugar | SwirlCarpet2 |
| TanSwirl | Tara | TaxiMural | Teal&PinkPrincess1 |
| Teal&PinkPrincess2 | The Club | Thereva 1 | TiedWhite |
| Trimmed Green | TShirtHearts | Tub Time1 | Tub Time2 |
| TVCabinet | Twins E & L | UncleM | Unicorn Pacifier |
| v_school | VBall Shirt | Veronika | Vicky |
| Violet Tulle (Usti Girl) | WatercolorComforter | White Pad1 | White Pipes |
| winc_14 | Wolf Fire | Wood Stove | Wood&Stripes |
| WorldMap | XMASTREE | YVM | ZigZagBrown |
| ZooFamily1 | ZooFamily3 | ClearBeads | TW LIAM |

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253, as outlined in the Information. Among the items that will be forfeited are the following: iPhone 12, Model: A2172, SIN:FGIHN60V0DXP, Acer Laptop, Model:

n18c3, SIN: NHQ5UAA00191401A843400, and PNY 256GB thumb drive which were used to commit and promote the commission of the offense.

        The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school. Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student. The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status. The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

FACTUAL BASIS

        "764" is a network of Racially or Ethnically Motivated Violent Extremists who engage in criminal conduct within the United States and engage with other extremists abroad. The 764 network's occult accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of "764" work in concert with one another towards a

common purpose of destroying civilized society through the corruption and exploitation of youth.

Members of "764", both individually and as a group, methodically target vulnerable, underage populations across the United States and the globe. Members of "764" use known online social media communications platforms, as mediums to support the possession, production, and sharing of extreme gore media and child sexual abuse material ("CSAM") with vulnerable, juvenile populations. Members of "764" seek to desensitize young people to violence, breaking down societal norms regarding engaging in violence, and normalizing the possession, production, and sharing of explicit CSAM and gore material to corrupt and groom them towards future violence.

Individual victims are targeted through synchronized group chats, as members of "764" will conduct coordinated extortions of teenagers, blackmailing the victims to comply with the demands of the group. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings, acts of random violence, suicide, and murder.

Historically, members of "764" systematically target underage females, groom them, extort them as a group, and force them to mutilate themselves or others and either film or photograph such activity. The group will then commonly edit compilation photographs or videos of their victims, share these photographs or videos on their social media platforms to gain notoriety amongst members of the

group, and spread fear among their victims, all for the purpose of accelerating chaos under the "764" ideology with an aim towards the disruption of society.

The group has shifted names over time and spawned known offshoot groups. Although the group moves between social media channels and changes its name, the core members and goals remain consistent and appear under the overarching threat of "764."

Jack William Rocker ("Rocker") was an active member of the 764 group. On January 19, 2024, the Federal Bureau of Investigation conducted a search of Rocker's residence located in the Middle District of Florida. The FBI seized Rocker's iPhone, iPad, thumb drive, and Acer laptop, all of which were made or manufactured outside of the United States. The FBI confirmed that Rocker possessed CSAM on his iPhone, thumb drive, and laptop. The FBI is continuing to conduct a forensic review of Rocker's laptop. At this time, the FBI has determined that Rocker's devices contain over 8,300 images and videos of CSAM. These images and videos include depictions of the sexual abuse of infants and toddlers, masochistic sexual behavior, and bestiality. The following is one example of the videos possessed by Rocker on his laptop:

File Path: 1B5 USB31FD\my stuff old\TUOF\Locker\dd\ddfr\video_2021-06-06_02-11-49.mp4

Description: This video is approximately 27 minutes and 16 seconds in length. It depicts a topless female infant wearing a diaper while laying on her back on a bed. A topless female adult, wearing a facemask and underwear, removed the infant's

diaper and rubbed ice on the infant's abdomen and vagina, causing the infant to cry. The adult female placed the ice inside the infant's vagina and anus, while the infant continued to cry.

Later in the video, the adult female retrieved what appeared to be an approximately two-foot long by one-inch-wide round rod and cloth material. The adult female tied the infant's feet to the rod while the infant continued to cry. The adult female hung the infant upside down over the bed by her feet, which were attached to the rod. The adult female taped the infant's hands down to the bed with light-colored adhesive tape. The adult female also taped the infant's mouth with the same light-colored adhesive tape. The adult female began to open-hand slap the infant's vagina while the infant was hanging upside down.

Later in the video, the adult female held a lit candle near the infant's legs and vagina. During the video, the adult female rubbed the infant's vagina with a dark-colored dildo and then inserted the dildo into the infant's vagina multiple times.

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case. It does not include, nor is it intended to include, all the events, persons involved, or other information relating to this case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov

*/s/ Ilyssa M. Spergel*
Ilyssa M. Spergel
Assistant United States Attorney
Florida Bar No.: 102856
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ilyssa.Spergel@usdoj.gov

U.S. v. Jack William Rocker        Case No. 8:24-cr-00496-VMC-AEP

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Tim Fitzgerald Esq.

*/s/ Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov