UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-496-VCM-AEP

JACK WILLIAM ROCKER
_____/

**FACTUAL BASIS FOR PLEA BY DEFENDANT ROCKER**

The defendant, Jack William Rocker, hereby files this Notice of Factual Basis for his entry of a guilty plea and the penalties in the above captioned case, stating as follows:

On January 19, 2024, a search warrant issued by United States Magistrate Judge Natalie H. Adams, for the Middle District of Florida, was executed at the residence of Rocker. During the search of the seized items, including a cell phone, computer, iPad, and thumb drive, all of which were manufactured outside the United States, it was determined that Rocker knowingly possessed one or more items containing visual depictions of child sexual abuse material (CSAM) as confirmed by the FBI. The images included a depiction of a minor who had not attained the age of twelve. The defendant was aware that at least one performer in the visual depiction was a minor and that the depiction portrayed the minor engaging in sexually explicit conduct.

PENALTY

The penalty for the offense charged in Count One of the Information is a maximum maximum sentence of 20 years' imprisonment, a maximum fine of $250,000, a term of supervised release of at least 5 years to life, and a special assessment of $100.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense(s), and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense(s), or to the community. 18 U.S.C. §§ 3663A(a) and (b) and 2259.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act.

The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school. Registration will

require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student. The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status. The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

Respectfully submitted,

*/s/Timothy J. Fitzgerald*
Timothy Fitzgerald, Esq.
Florida Bar No. 0780618
800 W. De Leon St.
Tampa, Florida 33606
(813) 228-0095
FAX (813) 224-0269
Tjfitz@me.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 16th day of December, 2024, to the following:

Ilyssa Spergel, AUSA

Karyna Valdes, AUSA