UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-cr-496-VMC-AEP

JACK WILLIAM ROCKER

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Information which charged him with possessing child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), and the Court adjudged him guilty of the offense.

The United States moves, pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), for a Preliminary Order of Forfeiture for an iPhone 12, Model: A2172 (SN: FGIHN60V0DXP), PNY 256GB thumb drive, and Acer Laptop, Model: N18C3 (SN: NHQ5UAA00191401A843400).

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), the assets described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, on this day 19th of December, 2024.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record